AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |
|---|

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:21 MJ 8 | 1-12-2021  9:30 A.M | Grundy, VA 1062 Morning Glory Mtws 4K |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

NO PROPERTY SEIZED.

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JAN 13 2021

JULIA C. DUDLEY, CLERK
BY: /s/ T. Chuck
    DEPUTY CLERK

### Certification

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-13-2021

_m Ball_
Executing officer's signature

MARCUS BALL  DUSM
Printed name and title

Returned to me this 13th day of January, 2021.

Pamela Meade Sargent
USMJ



# ATTACHMENT B

# DESCRIPTION OF EVIDENCE TO BE SEARCHED FOR AND SEIZED

**Indicia of Residency**

Any and all documents and items relating to THOMAS's residence in the Western District of Virginia, including financial records and bank statements, bills, correspondence, and personal belongings, and any other materials or documents that could establish THOMAS's residence.

**Records Relating to Knowledge of Registration Requirement**

Any and all documents and things relating to THOMAS's knowledge that he was required to register as a sex offender, including acknowledgement forms, court papers, and correspondence, and any other materials or documents that could establish THOMAS's knowing failure to register as required.

**Electronics**

Electronic equipment, such as mobile telephones, GPS devices, and any information stored in memory or contained in any related hardware and software that could contain evidence related to THOMAS living in the Western District of Virginia and/or knowingly failing to register as required.

AO 93 (Rev. 11/13) Search and Seizure Warrant

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 1:21mj8
THE RESIDENCE LOCATED AT APARTMENT #4C, )
1062 MORNING GLORY DRIVE, GRUNDY, VIRGINIA )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _January 25, 2021_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _Pamela Meade Sargent_ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _1/11/21 @ 9:23 a.m._     _Pamela Meade Sargent_
Judge's signature

City and state: Abingdon, Virginia     Pamela Meade Sargent, U.S. Magistrate Judge
*Printed name and title*